UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Amanda Moon,
    Plaintiff,

Case No. 8:20-cv-00923-MSS-AEP

vs.

Bob Gualtieri,
    Defendant.
_____/

**UNOPPOSED MOTION TO STRIKE PLAINTIFF'S
DENIAL OF DEFENDANT'S AFFIRMATIVE DEFENSES**

Sheriff Bob Gualtieri moves to have the plaintiff's "Denial of Defendant's Affirmative Defenses," Dkt. 40, stricken under Fed. R. Civ. P. 12(f)(2) because there is no such pleading in the Federal Rules and the plaintiff filed the document without leave of Court or conferring with opposing counsel. As grounds for this motion, the Sheriff states as follows:

    1.    On March 4, 2021, the Sheriff answered the amended complaint and asserted affirmative defenses. Dkt. 39.

    2.    On March 11, 2021, without conferring with counsel under L.R. 3.01(g), the plaintiff filed a document captioned as a "Denial of Defendant's Affirmative Defenses." Dkt. 40. This one page, one-sentence document merely states that the plaintiff "seeks to avoid and deny each and every affirmative defense raised" in the Sheriff's answer. Id.

    3.    There is no such pleading in the federal rules. A reply to an answer — which this is not — can only be filed with leave of Court, which the plaintiff did not

seek. Fed. R. Civ. P. 7(a)(7). Furthermore, such a document does nothing other than waste paper and time: Affirmative defenses need no response; they are deemed denied or avoided. Fed. R. Civ. P. 8(b)(6). The plaintiff's filing is redundant and immaterial and should be stricken under Fed. R. Civ. P. 12(f)(2).

4. **Local Rule 3.01(g) Certification**: Before filing this motion, the undersigned conferred with counsel for the plaintiff by email. Counsel for the plaintiff stated that he does not oppose the relief sought in it.

    /s/ Paul G. Rozelle
Paul G. Rozelle, Esq.
Senior Associate Counsel
Florida Bar No.: 75948
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
Email:  prozelle@pcsonet.com
Email:  amarcott1@pcsonet.com
Attorney for Bob Gualtieri, in his Official Capacity as Sheriff of Pinellas County, Florida

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

    /s/ Paul G. Rozelle